# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED DECEMBER 8, 2023

### NO. 03-22-00405-CV

**Charles J. Hughes, Appellant**

**v.**

**Tom Green County, Appellee**

**APPEAL FROM THE 51ST DISTRICT COURT OF TOM GREEN COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
REVERSED AND REMANDED -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the judgment signed by the trial court on May 24, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.